LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DARRELL BONNER,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner Of Social Security,  )<br>  )<br>   Defendant.  ) | No.  EDCV 10-1262 SS<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($1,700.00) subject to the terms of the stipulation.

DATE:  September 20, 2011    _/S/ SUZANNE H. SEGAL _____
                                     HON. SUZANNE H. SEGAL
                                     UNITED STATES MAGISTRATE JUDGE